HUGH QUINN, as Administrator, etc., of JAMES QUINN, Deceased, Appellant, v. BENJAMIN TIBONE, Doing Business under the Trade Name of QUIGLEY'S BEACH, Respondent.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event. While the judgment of the jury upon the question of damages in cases of this kind is not generally interfered with upon appeal, we think that in this case the evidence of the earning power of the boy who was killed shows that he, had he lived, would have been of substantial pecuniary value to his family, and that, under such circumstances, the verdict of the jury was inadequate and should be set aside. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

EDWARD SAPHIR, Appellant, v. JOHN HERLIHY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

ANNA SCHWARTZ, Respondent, v. PREFERRED RENTALS STOCKTON BUILDING, INC., and THOMAS J. DENNIS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THE SISTERS OF ST. JOSEPH, etc., Respondent, v. IRVING WALKER and Others, Defendants. THE FIRST NATIONAL BANK OF HEMPSTEAD and Others, Appellants; GLADYS MANNING and Others, Respondents.— Order and judgment modified so as to provide that the entire property be sold, either in parcels or as a whole, to the highest bidder, and that the rights of all defendants be determined in surplus proceedings; and as so modified unanimously affirmed, without costs. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

MARIE SRAEEL, Appellant, v. INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RUTH STERN, Respondent, v. BERNARD LICHTENSTEIN and TILLIE LICHTENSTEIN and ISIDOR STEINBERG and ROSE STEINBERG, Appellants. (Actions 1 and 2.) Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THEODORE VOELKER, JR., Respondent, v. IRVING FIELDMAN, Appellant.— Judgment reversed upon the law and new trial granted, costs to appellant to abide the event, upon the ground that it was error to charge that plaintiff had the exclusive right to sell the property; upon the further ground that under the facts which involve the question of whether or not the plaintiff was dealing fairly by his principal, the question of the breach of contract was one of fact and not of law; and also that defendant's request to charge at folio 197 should have been granted. (Baker v. Angell, 12 N. Y. St. Repr. 406.) Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

ALBERT W. WADLEY, Doing Business under the Trade Name and Style of BRONXVILLE NURSERIES, Appellant, v. ERNEST E. WENCK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.